UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA : <br> Plaintiff, : <br> v. : <br> DAVID JOHN KOSTICK, : <br> Defendant. : | Criminal No. 08-cr-365 (PGS) <br><br> **ORDER** |

WHEREAS, this matter comes before the Court on a motion by defendant for early termination of supervised release;

WHEREAS the United State Probation Office reported that Mr. Kostick maintains a stable residence, remains gainfully employed, and there is no evidence of alcohol, drug abuse, or psychiatric episodes. He completed Code-A-Phone and continues to be randomly tested through U.S. Probation. Mr. Kostick was arrested in March 11, 2008 in Pequannock, NJ for simple assault but the charges where dismissed. He has been in compliance with Megan's Law registration requirements for a prior state charge.

WHEREAS the Court has the authority to terminate supervised release "after the expiration of one year of supervision if such action is warranted by the conduct of the offender and is in the interest of justice. 18 USC §3564(c) and 3583(e)(1);

WHEREAS Mr. Kostick has served his time in custody and has been in substantial compliance with the terms of supervised release for nearly two years;

NOW THEREFORE, it is on this 3rd day of September, 2008;

ORDERED that supervised release shall terminate on January 1, 2009 unless there is a violation of the terms of supervised release during the interim period.

_____
PETER G. SHERIDAN, U.S.D.J.