SEP-16-2008  10:32        UNITED STATES PROBATION              973 357 4092      P.02

PROB 35
(Rev. 4/81)

**Report and Order Terminating Probation/
Supervised Release Prior to Original Expiration Date**

# United States District Court

## For The

### District of New Jersey

UNITED STATES OF AMERICA

v.

David Kostick

Crim. No. ~~1:04CR125.2~~  08-365(PGS)

On February 17, 2005, the above named was sentenced to 27 months imprisonment followed by supervised release for a period of three years. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

_Erika M. Arnone_
United States Probation Officer
Erika M. Arnone

**Amended ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated. Vacate Order of Sept 3, 2008 docket document no 3.

Dated this 22 day of September, 2008.

_____
United States District Judge